IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HARRY ANDERSON, | § | |
| | § | |
| Appellant Below, | § | No. 367, 2019 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| COL. NATHANIAL MCQUEEN, | § | C.A. No. N18A-10-001 |
| JR.,  CAPT. PETER SAWYER, LT. | § | |
| JAMES HULINGS, SGT. | § | |
| NICHOLAS TERRANOVA, CPL. | § | |
| JOHN B. JEFFERSON, CPL. | § | |
| BRIAN GREENE,[1] | § | |
| | § | |
| Appellees Below, | § | |
| Appellees. | § | |

Submitted:  December 6, 2019
Decided:    January 8, 2019

## <u>ORDER</u>

On October 23, 2019, the Court denied the appellant's motion to proceed *in forma pauperis* after he falsely certified that he had never been found by any court to have abused the judicial process by filing frivolous or malicious litigation.  The appellant was instructed to pay the required filing fee by November 6, 2019 or else his appeal would be dismissed without further notice.  After the appellant informed the Clerk's Office that he had not received the Court's October 23, 2019 Order, that

---

[1] The appellant designated the State of Delaware as the appellee in his notice of appeal, but the Superior Court decision he appeals was entered in favor of the appellees listed in this caption.

Order was re-sent to him and the deadline to pay the filing fee was extended until December 6, 2019. The appellant has failed to pay the required filing fee. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

2